# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2006

Clifford W. Taylor,
Chief Justice

131275

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ROGER E. COLE, Personal Representative
of the Estate of Laura Kinney, Deceased,
        Plaintiff-Appellee,

v

SC: 131275
COA: 268688
Hillsdale CC: 05-000655-NH

WILLIAM KEATING, M.D.,
        Defendant-Appellant,

and

HILLSDALE COMMUNITY HEALTH
CENTER,
        Defendant.

_____/

On order of the Court, the application for leave to appeal the April 18, 2006 order of the Court of Appeals is considered and, it appearing to this Court that the case of *Washington v Sinai Hospital of Greater Detroit* (Docket No. 130641) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2006

_____
Clerk

l0918